

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2019

No. 04-19-00261-CV

**IN THE MATTER OF A.C.**

From the 436th District Court, Bexar County, Texas
Trial Court No. 2018JUV01026
The Honorable Lisa Jarrett, Judge Presiding

# O R D E R

The State's motion for an extension of time to file its brief is granted. We order the State's brief due October 8, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2019.



_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court